UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTAL STOYKE,

    Plaintiff,

v.

Case No. 1:17-cv-00016-JTN-ESC

Hon. Janet T. Neff

MIDLAND FUNDING, LLC, et al.,

    Defendants.

_____

### STIPULATION TO DISMISS DEFENDANT MIDLAND FUNDING, LLC, ONLY WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Midland Funding, LLC, ONLY, with prejudice and without attorney's fees or costs to either party.

Respectfully submitted,                    Dated:  February 14, 2017

/s/ Gary D. Nitzkin         .
GARY D. NITZKIN  P41155
NITZKIN & ASSOCIATES
Attorneys for Plaintiff
22142 W. Nine Mile Road
Southfield, MI 48033
(248) 353-2882
gary@micreditlawyer.com

/s/ Aaron L. Vorce
Theodore W. Seitz (P60320)
Aaron L. Vorce (P68797)
DYKEMA GOSSETT PLLC
Attorneys for Defendant Midland Funding, LLC
201 Townsend St., Ste 900
Lansing, MI 48933
(517) 374-9100
tseitz@dykema.com
avorce@dykema.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTAL STOYKE,

    Plaintiff,

Case No. 1:17-cv-00016-JTN-ESC

v.

Hon. Janet T. Neff

MIDLAND FUNDING, LLC, et al.,

    Defendants.
_____

**ORDER OF DISMISSAL
OF DEFENDANT MIDLAND FUNDING, LLC, ONLY,
WITH PREJUDICE AND WITHOUT FEES OR COSTS**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action against Defendant Midland Funding, LLC, only, is hereby dismissed with prejudice and without fees or costs to either party.

Date: _____

_____
Judge of United States District Court